# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAY SINGER,

        Plaintiff,

vs.

LISA S. DISBROW, *et al.*,

        Defendants.

Case No. 2:16-cv-02681-APG-GWF

**ORDER**

This matter is before the Court on Defendant Lisa Dubrow's Motion to Strike Jury Demand (ECF No. 19), filed on May 10, 2017. Plaintiff filed his Non-Opposition (ECF No. 24) on May 24, 2017. Defendant requests that the Court strike Plaintiff's jury demand on the basis that actions under the federal-sector provisions of the Age Discrimination in Employment Act ("ADEA") are not triable to a jury. Plaintiff does not oppose Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Lisa Dubrow's Motion to Strike Jury Demand (ECF No. 19) is **granted**.

DATED this 26th day of May, 2017.

                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge