THE THATER LAW GROUP, P.C.
M. Lani Esteban-Trinidad
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: Lani@ThaterLawGroup.com

*Attorney for Plaintiff*
JAY SINGER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAY SINGER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER WILSON, Secretary of the United States Air Force;<br><br>Defendant. | Case No.: 2:16-cv-02681-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JAY SINGER ("Plaintiff") and Defendant HEATHER WILSON, Secretary of the United States Air Force ("Defendant"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendant be dismissed in its entirety, **with prejudice**, with each party to bear its own fees and costs.

DATED this 6th day of July, 2017.              DATED this 6th day of July, 2017.

**THE THATER LAW GROUP, PC**                    **UNITED STATES ATTORNEY**

/s/ M. Lani Esteban-Trinidad                   /s/ Greg Addington
M. LANI ESTEBAN-TRINIDAD                       KRYSTAL J. ROSSE, ESQ.
Nevada Bar No. 006967                          Nevada Bar No. 11573
6390 W. Cheyenne Ave., Suite A                 GREG ADDINGTON, ESQ.
Las Vegas, Nevada 89108                        Nevada Bar No. 006875
*Attorney for Plaintiff*                       501 Las Vegas Boulevard South, Suite 1100
                                               Las Vegas, NV 89101
                                               *Attorneys for Defendant*

1    **IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each party to bear
2 its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2017